E-FILED
Monday, 15 August, 2011  01:52:58 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| WILLIAM SMITH,<br><br>    Plaintiff,<br>vs.<br><br>NORTHSTAR LOCATION SERVICES, LLC,<br><br>    Defendant. | Case No.: 1:11-cv-01071- JBM-BGC<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES the Plaintiff, WILLIAM SMITH, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: August 15, 2011          KROHN & MOSS, LTD.

                                By:/s/ Peter Cozmyk         _
                                    Peter Cozmyk
                                    Attorney for Plaintiff,
                                    WILLIAM SMITH

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he caused to be served upon all counsel or record, a copy of the **NOTICE OF SETTLEMENT** upon all attorneys of record via the Electronic Case Filing System ("ECF") as indicated, this 15th day of August 2011.

_X_ CM/ECF
___ Facsimile
___ Federal Express
___ Mail
___ Messenger

By: /s/ Peter Cozmyk
Peter Cozmyk
Attorney for Plaintiff,
WILLIAM SMITH