## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| WILLIAM SMITH,         Plaintiff,     vs. NORTHSTAR LOCATION SERVICES, LLC,         Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) |

Case No.: 1:11-cv-01071- JBM-BGC

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, WILLIAM SMITH and Defendant, NORTHSTAR LOCATION SERVICES, LLC, stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, WILLIAM SMITH, against Defendant, NORTHSTAR LOCATION SERVICES, LLC, in the above-captioned proceeding are hereby dismissed, with prejudice, with each party to bear their own costs and fees pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully Submitted,

DATED: September 8, 2011      KROHN & MOSS, LTD.

By: /s/ Adam T. Hill _
Adam T. Hill
Attorney for Plaintiff,
WILLIAM SMITH

HINSHAW & CULBERTSON LLP

By: /s/ Avanti D. Bakane
Attorney for Defendant,
Avanti D. Bakane
Attorney for Defendant,
NORTHSTAR LOCATION SERVICES, LLC